# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MEARL BOWERSOCK,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>DANIEL B. FELDSTERN,<br><br>　　　　　　Respondent. | Case No. 2:24-cv-08322-MRA-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Judgment be entered dismissing the action with prejudice.

DATE: December 08, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. MÓNICA RAMÍREZ ALMADANI
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE