JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MEARL BOWERSOCK,<br><br>Petitioner,<br><br>v.<br><br>DANIEL B. FELDSTERN,<br><br>Respondent. | Case No. 2:24-cv-08322-MRA-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed with prejudice.

Dated: December 08, 2025

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE